IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. )   CASE NO. 1:10-cr-034-MEF
)
MARIA GUADALUPE MIRANDA-GARCIA )
LEONEL MENDOZA )

# **O R D E R**

On  October 5, 2010, the Magistrate Judge filed a Recommendation (Doc. #204) in

this case to which no timely objections have been filed.  Upon an independent review of the

file in this case and upon consideration of the Recommendation of the Magistrate Judge, it

is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The defendants' Motions to Suppress (Doc. #74 & #77) are DENIED.

DONE this the 10th day of November, 2010.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE